**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1530**

---

BARBARA J. NEWSOME-BALTROP,

Plaintiff - Appellant,

versus

PAYCO AMERICAN CORPORATION; FM SERVICES
CORPORATION,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, District Judge. (CA-95-978-A)

---

Submitted: December 10, 1996     Decided: January 16, 1997

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Barbara J. Newsome-Baltrop, Appellant Pro Se. Nancy Lang Lowndes, BUTLER, MACON, WILLIAMS, PANTELE & LOWNDES, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barbara J. Newsome-Baltrop appeals the district court's order granting summary judgment to Defendants in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Newsome-Baltrop v. Payco American Corp., No. CA-95-978-A (E.D. Va. Feb. 14, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED